# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | | |
|---|---|---|
| SHERI GOROS and TIMOTHY GOROS, | ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | CV424-223 |
| AUTO-OWNERS INSURANCE COMPANY and DYLAN DUNBAR, | ) ) ) ) | |
| Defendants. | ) | |

## ORDER

The parties submitted their joint Rule 26(f) Report on November 6, 2024. Doc. 15. In the Report, the parties jointly requested a stay pending resolution of Defendant's anticipated Rule 12 motion regarding the addition of Defendant Dylan Dunbar in the Plaintiff's Amended Complaint. *See* doc. 15 at 4. The Court held an informal status conference with the parties on November 21, 2024. Doc. 20.

Consistent with the discussion at the status conference, the Clerk is **DIRECTED** to terminate the parties' existing Rule 26(f) Report. Doc. 15. The parties are **DIRECTED** to file their joint motion to stay by December 6, 2024. If the motion to stay is denied, the parties are **DIRECTED** to confer and submit a renewed Rule 26(f) Report within

fourteen days of the order denying the requested stay. If the motion to stay is granted, the parties are **DIRECTED** to confer and submit a renewed Rule 26(f) Report within fourteen days of the disposition of Defendant's now-pending Rule 12 motion, doc. 17, should the case remain pending in this Court. Alternatively, if based on the disposition of the Rule 12 Motion the parties anticipate further motions practice based on the Court's subject matter jurisdiction over this case, they are **DIRECTED** to so notify the Court within the same fourteen-day period.

**SO ORDERED**, this 25th day of November, 2024.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA