UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| SHERI GOROS and TIMOTHY GOROS, | ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) ) | CV424-223 |
| AUTO-OWNERS INSURANCE COMPANY d/b/a AUTO-OWNERS INSURANCE, | ) ) ) ) ) | |
| Defendant. | ) | |

## ORDER

The parties jointly request a 90-day stay of discovery to resolve issues relating to recent, catastrophic damage to the property at issue in this matter. Doc. 42. The parties represent that a recent fire loss has resulted in Plaintiffs submitting a claim with their current insurance carrier, Allstate Insurance Company. *Id*. at 5. The parties also state that "[t]he damages which are the subject of the of the Allstate Claim include and encapsulate the damages which are at issue in the claim which is the subject of this matter." *Id*. No decision has been made on the Allstate Claim. *Id*. at 6. The parties assert that "[t]he results of the Allstate Claim may make the prosecution of this Action redundant and

superfluous." *Id.* Last, the parties represent that this 90-day stay will allow Plaintiff the opportunity to participate in the claims process and incorporate any information obtained during the investigation of the Allstate Claim into their litigation strategy within this case. *Id.*

The Court has broad discretion to stay discovery as part of its inherent authority to control its docket. *Clinton v. Jones*, 520 U.S. 681, 706 (1997). Having reviewed the motion, the Court **GRANTS** the parties' Joint Motion to Stay Discovery, doc. 42. This case is **STAYED** through October 27, 2025. By October 27, 2025, the parties are **DIRECTED** to provide a joint status report with new proposed dates for all deadlines in the operative Scheduling Order, doc. 38, that have not expired as of the issuance of this Order. If the parties believe an extension of the stay is appropriate, they may file a motion requesting such relief.

**SO ORDERED**, this 29th day of July, 2025.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA