IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| SHERI GOROS; and TIMOTHY GOROS,<br><br>   Plaintiffs,<br><br>   v.<br><br>AUTO-OWNERS INSURANCE COMPANY<br>d/b/a AUTO-OWNERS INSURANCE,<br><br>   Defendant. | CIVIL ACTION NO.: 4:24-cv-223 |

**O R D E R**

On January 23, 2026, the parties, through their counsel, advised the Court that they "have reached a settlement of all claims in this action and are in the process of completing settlement documents." (See doc. 48.) Accordingly, the Court **DIRECTS** the Clerk of Court to **ADMINISTRATIVELY CLOSE** this action. See Heape v. Flanagan, No. 6:07-CV-12, 2008 WL 2439736 (S.D. Ga. June 9, 2008).

Within **forty-five (45) days** of the date this Order is entered, the parties—if they wish—may present a dismissal judgment, pursuant to Federal Rule of Civil Procedure 41(a)(2), incorporating the terms of their settlement, so the Court may retain jurisdiction to enforce the agreement. In the alternative, the parties may simply file a joint stipulation of dismissal. If the parties fail to file a dismissal (or, if necessary, move to reopen the case) within **forty-five (45)**

**days**, the Court will *sua sponte* dismiss the case with prejudice.  Kokkonen v. Guardian Life Ins. Co. of Am., 511 U.S. 375, 381–82 (1994).

    **SO ORDERED**, this 28th day of January, 2026.

_____
R. STAN BAKER, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA